NUMBER 13-04-454-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

IN RE CHRISTUS SPOHN HOSPITAL KLEBERG, ET AL. 
__________________________________________________________________

On Petition for Writ of Mandamus
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Wittig


 
Per Curiam Memorandum Opinion




         Relators, Christus Spohn Hospital Kleberg, et al., filed a motion for temporary 
relief and petition for writ of mandamus in the above cause on August 31, 2004. That
same day, the Court granted the motion for temporary relief and ordered a stay of the 
depositions at issue in this original proceeding. The Court further requested that the
real parties in interest file a response to relators’ petition for writ of mandamus on or
before September 10, 2004. 
          The Court, having examined and fully considered the petition for writ of
mandamus and the response, is of the opinion that relators have not shown
themselves entitled to the relief sought and the petition for writ of mandamus should
be denied. See Tex. R. App. P. 52.8. Accordingly, the stay is hereby ordered LIFTED. 
The petition for writ of mandamus is DENIED.
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed
this 27th day of September, 2004.